FILED

DEC 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DAVID HANSELL; et al.,<br><br>        Plaintiffs - Appellees,<br><br> and<br><br>TRACFONE WIRELESS, INC., DBA Straight Talk Wireless; et al.,<br><br>        Defendants - Appellees,<br><br>  v.<br><br>ALEXANDER DONALD BIRNER.,<br><br>        Objector - Appellant. | No. 15-16784<br><br>D.C. No. 3:13-cv-03440-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the record suggests that this appeal may be appropriate for summary disposition under Ninth Circuit Rule 3-6(b) because the questions raised are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (per curiam).

SFI/MOATT

Within 21 days after the filing date of this order, appellant shall show cause why summary affirmance of the district court's orders are not appropriate. A response may be filed within 10 days after service of the memorandum.

If appellant does not comply with this order, this appeal will be automatically dismissed by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Sarah Fleischer-Ihn
    Motions Attorney/Deputy Clerk